**Judge     Keenan**